PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 4:22CR02454 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 2:26-cr-00073-GMN-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Andrew Grijalva | Nevada | U.S. Probation Office |

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

5/8/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: ___MAM___ DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| Raner Collins |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 8/5/2025 | 8/4/2028 |

**OFFENSE**
Conspiracy to Possess with Intent to Distribute Fentanyl, Methamphetamine, Cocaine, Heroin, and Marijuana, a Class A felony offense; Possession with Intent to Distribute Methamphetamine and Aiding and Abetting, Possession with Intent to Distribute Fentanyl and Aiding and Abetting; Possession with Intent to Distribute Methamphetamine and Aiding and Abetting; and Possession with Intent to Distribute Fentanyl and Aiding and Abetting

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Communal ties and familiar ties

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Arizona_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _District of Nevada_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____May 7, 2026_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____May 8, 2026_____
*Effective Date*

_____
*United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Andrew Grijalva

Case No.:  4:22CR02454

TRANSFER OF JURISDICTION (IN)

May 7, 2026

TO:     The Honorable
        UNITED STATES DISTRICT JUDGE

On August 5, 2025, Andrew Grijalva was sentenced in the District of Arizona to time served followed by five years of supervised release for committing the offenses of Conspiracy to Possess with Intent to Distribute Fentanyl, Methamphetamine, Cocaine, Heroin, and Marijuana, a Class A felony offense; Possession with Intent to Distribute Methamphetamine and Aiding and Abetting, Possession with Intent to Distribute Fentanyl and Aiding and Abetting;  Possession with Intent to Distribute Methamphetamine and Aiding and Abetting; and Possession with Intent to Distribute Fentanyl and Aiding and Abetting. Supervision commenced on August 5, 2025, in the District of Nevada.

On May 7, 2026, Mr. Grijalva was arrested by Las Vegas Metro Police Department on new felony charges.  To expeditiously address the violation conduct, and with the intent of Mr. Grijalva to remain in the District of Nevada for the duration of his supervision, transfer of his jurisdiction was requested. On May 7, 2026, the Honorable Raner C. Collins in the District of Nevada agreed to relinquish jurisdiction in this case.

It is respectfully requested that the District of Nevada accept jurisdiction in this matter. Should the Court agreed with this request, the applicable Transfer of Jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

_____
Amanda Stevens
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Andrew Grijalva

Approved:

Digitally signed by Donnette
Johnson
Date: 2026.05.07 19:30:45
-07'00'

Donnette Johnson
Supervisory United States Probation Officer